UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33790 |
|---|---|
| TINA LOU SANDLIN | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077782**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 19 | VISA TCM BANK NA<br>2701 N ROCKY PT DR<br>#660<br>TAMPA, FL  33607 | 17.74 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/19/2011

Certificate of Service   06-33790

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

TINA LOU SANDLIN
CARNAJHAN C/O TINA SANDLIN
126 E. MAIN ST.
EATON, OH  45320

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(24.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(23.1n)
SNAP ON CREDIT LLC
950 TECHNOLOGY WAY
SUITE 301
LIBERTYVILLE, IL  60048

(19.1)
VISA TCM BANK NA
2701 N ROCKY PT DR
#660
TAMPA, FL  33607

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    sv